JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 22, 2011

Check No. 2020355

Check Amount: $980.51

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44057-R | 00017 | DEBORA CAROL PIERSON | 11 | XXXXX4510 | 0.05 | 0.00 | 0.05 |
| | | Original check written to: <br> PINNACLE ANESTHESIA CONSULTANT <br> 13601 PRESTON ROAD #900W <br> DALLAS, TX 75240-4911 | | | | | |
| 05-44369-R | 00015 | JANICE PATTON | 2 | XXXXXJA03 | 0.12 | 0.00 | 0.12 |
| | | Original check written to: <br> ERIC KAPLAN, MD <br> 6200 WEST PARKER ROAD <br> SUITE 112 <br> PLANO, TX 75093-8106 | | | | | |
| 05-44787-R | 00028 | ROBERT KIETH & LAURIE M. HARPER | 4 | XXXXX8418 | 28.92 | 0.00 | 28.92 |
| | | Original check written to: <br> QUIK PAYDAY LOANS <br> PMB 327 <br> 41 EAST 400 NORTH <br> LOGAN, UT 84321-4020 | | | | | |
| 05-45775-R | 00029 | JERRY WAYNE & BETTY ANN DONIHOO | 11 | 6840 | 1.74 | 0.00 | 1.74 |
| | | Original check written to: <br> FAN DISTRIBUTION <br> P. O. BOX 22717 <br> ROCHESTER, NY 14692 | | | | | |
| 05-47831-R | 10027 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | 3 | 1751 | 17.58 | 0.00 | 17.58 |
| | | Original check written to: <br> CHRYSLER FINANCIAL SERVICES AMERICAS <br> CH. 13 TRUSTEE PAYMENT PROCESSING <br> P. O. BOX 9001897 <br> LOUISVILLE, KY 40290-1897 | | | | | |
| 06-50067-R | 00019 | BARBARA JEAN JACKSON | 3 | 3068 | 43.90 | 0.00 | 43.90 |
| | | Original check written to: <br> I. E. WILLIS, JR. <br> P. O. BOX 4209 <br> LONGVIEW, TX 75606 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 22, 2011

Check No. 2020355

Check Amount: $980.51

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40002-R | 00010 | GERALD J. & KATHERINE D. HARRISON | 19 | XXXXX5716 | 354.90 | 119.84 | 474.74 |
| | | Original check written to: <br> COUNTY OF SANTA CLARA <br> TAX COLLECTOR'S OFFICE <br> 70 WEST HEDDING ST., EAST WING, 6TH FLOOR <br> SAN JOSE, CA 95110 | | XXXXX9816 | | | |
| 10-40081-R | 00006 | JULIE ANN ENGER | 3 | 5681 | 0.00 | 324.19 | 324.19 |
| | | Original check written to: <br> LITTON LOAN SERVICING, LP <br> P. O. BOX 4387 <br> HOUSTON, TX 77210-4387 | | | | | |
| 10-40081-R | 00008 | JULIE ANN ENGER | 5 | 5004 | 0.00 | 89.27 | 89.27 |
| | | Original check written to: <br> LITTON LOAN SERVICING, LP <br> P. O. BOX 4387 <br> HOUSTON, TX 77210-4387 | | | | | |
| | | | **TOTALS** | | **$447.21** | **$533.30** | **$980.51** |